■    JAMES McGOVERN SONS, INC., Respondent, v. JAMES MORENO, Respondent, and JOHN A. SEVERINO et al., Appellants.— In an action for goods sold and delivered, wherein the defendants are admittedly jointly and severally liable, judgment by default was entered against defendant Moreno. The judgment provided, *inter alia,* that the action was thereby severed and that plaintiff have leave to proceed against the other defendants. Subsequently, the default was opened and the action against Moreno was restored over plaintiff's opposition, but the judgment was allowed to stand as security. Defendants Severino and J. S. Building Corp. appeal from an order which (1) denied their motion for summary judgment on the ground that the action against them was terminated by the entry of the judgment against Moreno, and (2) granted plaintiff's cross motion to vacate said default judgment. Order affirmed, with $10 costs and disbursements. (Civ. Prac. Act, § 474, subd. 2; *Kriser* v. *Rodgers,* 195 App. Div. 394.) Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■    SALVATORE MESSINEO, Respondent, v. GEORGE KLETZ, Defendant, and ALEXANDER WESTERMAN et al., Appellants.— In an action to recover on checks, the appeals are (1) from a resettled order denying appellants' motion to dismiss the complaint for lack of prosecution, (2) from an order denying their motion for judgment on the pleadings dismissing the complaint (Rules Civ. Prac., rule 112) and granting respondent's cross motion to strike out the first and third defenses pleaded in appellants' answer (Rules Civ. Prac., rule 109, subd. 6), and (3) from an order denying appellants' motion for leave to amend their answer. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■    FRANCES NESSELROTH et al., Appellants, v. JOHN P. ZINNO, Respondent.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from an order entered December 1, 1959 denying a motion for summary judgment striking out the answer. Order affirmed, with $10 costs and disbursements. Triable questions of fact are presented not only as to the injured appellant's contributory negligence but also as to respondent's negligence. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■    JOHN W. PEPLOE, Respondent, v. LESLIE H. GILMARTIN, Appellant.— In an action to recover damages for personal injuries alleged to have been caused by the negligent operation of a motor vehicle, the appeal is from an order which (1) granted a motion for summary judgment striking out the answer, and (2) directed an assessment of damages. Order affirmed, with $10 costs and disbursements (see, e.g., *Di Sabato* v. *Soffes,* 9 A D 2d 297). Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur; Kleinfeld, J., dissents and votes to reverse the order and to deny the motion upon the ground that the record presents an issue of fact which should be determined after a plenary trial.